No. 228.   John McShain, Inc., v. United States.
United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Charles B. Murray, George F. Shea* and *Vincent P. McDevitt* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Geo. S. Leonard* and *Samuel D. Slade* for the United States.

No. 232.   Hills et al. v. Eisenhart et al.   C. A. 9th Cir.   Certiorari denied.   *Claude L. Dawson* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *B. Jenkins Middleton* for respondents.

No. 236.   Idaho Power Co. v. United States.   Court of Claims.   Certiorari denied.   *E. Roy Gilpin* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Grant W. Wiprud* for the United States.

No. 241.   Lyddon & Co. (America) Inc. v. United States.   Court of Claims.   Certiorari denied.   *Harold Manheim, Meyer Grouf* and *Robert Braunschweig* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice* and *L. W. Post* for the United States.

No. 244.   Jones Beach State Parkway Authority v. United States.   C. A. 2d Cir.   Certiorari denied. *G. Frank Dougherty, John P. McGrath* and *Jeremiah M. Evarts* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.